Todd M. Friedman (SBN 216752)
tfriedman@attorneysforconsumers.com
Suren N. Weerasuriya (SBN 278521)
sweerasuriya@attorneysforconsumers.com
Adrian R. Bacon (SBN 280332)
abacon@attorneysforconsumers.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 S. Beverly Drive, Suite 725
Beverly Hills, CA 90212
Tel: (877) 206-4741 – Fax: (866) 633-0228

*(Additional Counsel Listed at Signature)*

Attorneys for Plaintiff, ALU BANARJI

Charles R. Messer (SBN 101094)
Messerc@cmtlaw.com
Jeanne L. Zimmer (SBN 123321)
Zimmerj@cmtlaw.com
J. Grace Felipe (SBN 190893)
Felipeg@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
Tel: (310) 242-2200 – Fax: (310) 242-2222

Attorneys for Defendant,
PROFESSIONAL PLACEMENT SERVICES, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALU BANARJI, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PROFESSIONAL PLACEMENT SERVICES, LLC,<br><br>Defendants. | CASE NO. 3:14-cv-02981-GPC-JLB<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Date:   June 2, 2015<br>Time:   2:45 p.m.<br>Honorable Jill L. Burkhardt<br>USDC Magistrate Judge |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice, within 45 days from the date of this notice.

In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

DATED: May 27, 2015	LAW OFFICES OF TODD M. FRIEDMAN, P.C.


By: /s/ Todd M. Friedman
    Todd M. Friedman
    Suren N. Weerasuriya
    Adrian R. Bacon
    Attorneys for Plaintiff,
    ALU BANARJI

DATED: May 27, 2015	KAZEROUNI LAW GROUP, APC


By: /s/ Abbas Kazerounian
    Abbas Kazerounian
    ak@kazlg.com
    Gouya A. Ranekouhi
    gouya@kazlg.com
    Mohammad Kazerouni
    Mike@kazlg.com
    245 Fischer Avenue, Unit D1
    Costa Mesa, CA 92626
    Tel: (800) 400-6808, Ext. 2
    Fax: (800) 520-5523
    Attorneys for Plaintiff,
    ALU BANARJI

| | | |
|---|---|---|
| 1 | DATED: May 27, 2015 | HYDE & SWIGART |
| 2 | | |
| 3 | | |
| | | By: /s/ Joshua B. Swigart |
| 4 | | Joshua B. Swigart |
| | | Josh@westcoastlitigation |
| 5 | | 2221 Camino Del Rio South |
| | | Suite 101 |
| 6 | | San Diego, CA  92108 |
| 7 | | Tel:  (619) 233-7770 |
| | | Fax:  (619) 297-1022 |
| 8 | | Attorneys for Plaintiff, |
| 9 | | ALU BANARJI |
| 10 | | |
| 11 | DATED: May 27, 2015 | CARLSON & MESSER LLP |
| 12 | | |
| 13 | | By: /s/ J. Grace Felipe |
| | | Charles R. Messer |
| 14 | | Jeanne l. Zimmer |
| 15 | | J. Grace Felipe |
| | | Attorneys for Defendant, |
| 16 | | PROFESSIONAL PLACEMENT |
| 17 | | SERVICES, LLC |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to, counsel for Plaintiff ALU BANARJI and that I have obtained their authorization to affix their electronic signature to this document.

Dated: May 27, 2015               CARLSON & MESSER, LLP


                                  By: /s/ J. Grace Felipe
                                      Attorneys for Defendant,
                                      PROFESSIONAL PLACEMENT
                                      SERVICES, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2015, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT OF ENTIRE ACTION** was served via the U.S. District Court ECF system on the following:

Todd M. Friedman
Suren N. Weerasuriya
Adrian R. Bacon
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 S. Beverly Drive, Suite 725
Beverly Hills, CA 90212
Tel: (877) 206-4741
Fax: (866) 633-0228
Email: tfriedman@attorneysforconsumers.com
Email: sweerasuriya@attorneysforconsumers.com
Email: abacon@attorneysforconsumers.com

Abbas Kazerounian
Gouya A. Ranekouhi
Mohammad Kazerouni
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Phone: (800) 400-6808, Ext. 2
Fax: (800) 520-5523
Email: ak@kazlg.com
Email: gouya@kazlg.com
Email: Mike@kazlg.com

Joshua B. Swigart
HYDE & SWIGART
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Tel: (619) 233-7770
Fax: (619) 297-1022
Email: Josh@westcoastlitigation.com

/s/ J. Grace Felipe
J. Grace Felipe
CARLSON & MESSER LLP