## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALU BANARJI, Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PROFESSIONAL PLACEMENT SERVICES, LLC,<br><br>Defendant. | Case No. 3:14-cv-02981-GPC-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[ECF No. 21] |

By joint motion dated July 10, 2015, the parties request that the Court dismiss this case pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further request that the entire case be dismissed with prejudice as to the named Plaintiff, and without prejudice as to the putative class.

Good cause appearing, the joint motion is **GRANTED** and the case is dismissed with prejudice as to the named Plaintiff and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated: July 10, 2015

_____
Hon. Gonzalo P. Curiel
United States District Judge

14CV2981-GPC-JLB